**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| VINCENT WILLIAMS, | : | Civil No. 04-3012 (JBS) |
| Petitioner, | : |  |
| v. | : | **O R D E R** |
| ROY L. HENDRICKS, et al., | : |  |
| Respondents. | : |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this __**14**$^{th}$__ day of __**February**__, **2006**,

**ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**; and it is further

**ORDERED** that no certificate of appealability will issue; and it is finally

**ORDERED** that the Clerk of the Court shall close this case.

                                         **s/ Jerome B. Simandle**
                                           JEROME B. SIMANDLE
                                    United States District Judge